UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PHILLIP BRYANT,

                Plaintiff,

v.

CITY OF ROCHESTER, ROCHESTER POLICE DEPARTMENT, JOHN DOES 1-10, said names being fictitious but intended to be any other individuals/officers involved in the within incident and employees of the CITY OF ROCHESTER and/or ROCHESTER POLICE DEPARTMENT in their individual and official capacity,

                Defendants.

**STIPULATION OF DISCONTINUANCE**

Case No. 25-cv-6224 (FPG)

SO ORDERED THIS 21 DAY OF JAN, 2026

_____
HON. FRANK P. GERACI, JR.
Chief U.S. District Judge

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, pursuant to the Federal Rules of Civil Procedure Rule §41(a)(ii) and that no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed, with prejudice, without costs to either party as against the other. This stipulation will be filed by the City Defendants without further notice with the Clerk of the Court.

Dated: 9/25, 2025

CANTOR, WOLFF, NICASTRO & HALL
Anthony J. Zitnik, Jr., Esq.
Attorney for Plaintiff
959 Kenmore Avenue
Buffalo, NY 14223
(716) 848-8000
anthony@buffalolaw.com

Patrick Beath, Corporation Counsel
James "Hal" Kieburtz, Esq., Of Counsel
*Attorney for Defendants*
30 Church Street, Room 400A
Rochester, New York 14614
(5850 428-6758
james.kieburtz@cityofrochester.gov